■ In the Matter of CHARLOTTE FREITAS, Appellant, v FIELD-BROOK FARMS ICE CREAM, INC., et al., Respondents. [730 NYS2d 747] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Gerace, J. (Appeal from Order of Supreme Court, Chautauqua County, Gerace, J.—Executive Law § 298.) Present—Pigott, Jr., P. J., Green, Hayes, Burns and Lawton, JJ.

■ TOUGHER INDUSTRIES, INC., Appellant, v BOARD OF EDUCATION OF CITY OF ROCHESTER, Respondent and Third-Party Plaintiff. MACON/CHAINTREUIL & ASSOCIATES, ARCHITECTS, et al., Third-Party Defendants-Respondents. [730 NYS2d 748] —Order unanimously affirmed without costs for the reasons stated in decision at Supreme Court, Stander, J. (Appeal from Order of Supreme Court, Monroe County, Stander, J.—Summary Judgment.) Present—Pigott, Jr., P. J., Green, Hayes, Burns and Lawton, JJ.

■ JAMES SMITH et al., Appellants, v MATTHEW H. CLARK, as Trustee of Assets of Roman Catholic Diocese of Rochester, et al., Respondents. [730 NYS2d 896] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Stander, J. (*Smith v Clark,* 185 Misc 2d 1). (Appeal from Order of Supreme Court, Monroe County, Stander, J.—Dismiss Pleading.) Present—Pigott, Jr., P. J., Green, Hayes, Burns and Lawton, JJ.